**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**NELLIE PIERRON**                                                                        **PLAINTIFF**

**v.**                              **Case No. 3:16-cv-00143 KGB**

**FRED'S STORES OF TENNESSEE, INC.**                               **DEFENDANT**

**JUDGMENT OF DISMISSAL**

Defendant Fred's Stores of Tennessee, Inc. moves for dismissal of this civil action on the basis that it has settled.  Plaintiff is not opposed, and the agreement of the Parties is for the Plaintiff to be responsible for liens, if any, and to indemnify and hold harmless Defendant in regard to any liens.  It is therefore ordered and adjudged that any and all claims brought, or which may have been brought, relating to this accident which is the subject of this civil action are hereby dismissed, with prejudice, and Defendant is released in all respects with no further liability on any matters relating to this civil action for claims or liens, known or unknown, relating to this lawsuit or the claim giving rise to it.

It is therefore ordered and adjudged that this civil action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

It is so ordered this 6th day of March, 2017.

Kristine G. Baker
United States District Judge

AGREED AND APPROVED:

/s/
Marc Baretz, ARB 75004
110 Thompson Street
West Memphis, AR 72303
*Attorney for Plaintiff*

/s/
Richard D. Underwood, ARB 2006137
999 S. Shady Grove Road, Ste 500
Memphis, TN 38120
*Attorney for Defendant*